**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CARLA MEADS,

        Plaintiff,

v.

                                      Case No.: 3:25-cv-345-WWB-SJH

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

_____/

## <u>ORDER</u>

THIS CAUSE is before the Court on Plaintiff's Unopposed Motion for Attorney's Fees Under the Equal Access to Justice Act (Doc. 21).  United States Magistrate Judge Samuel J. Horovitz issued a Report and Recommendation (Doc. 22) in which he recommends granting the Motion.

After an independent de novo review of the record, and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Unopposed Motion for Attorney's Fees Under the Equal Access to Justice Act (Doc. 21) is **GRANTED**.

3. The Clerk is directed to enter judgment in favor of Plaintiff and against Defendant in the amount of $9,773.00 for attorney's fees under 28 U.S.C. § 2412(d)(2)(A).

4. The Court leaves to Defendant's discretion whether to honor Plaintiff's assignment of fees after determining whether Plaintiff owes a debt to the United States Government.

**DONE AND ORDERED** in Jacksonville, Florida on February 18, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record